■ In the Matter of GARRY KING, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [807 NYS2d 320]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of RENE F. HENSEL, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [805 NYS2d 865]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (see Matter of Wedlock, 230 AD2d 422 [1997]; see also Matter of Frank, 9 AD3d 916 [2004]; Matter of Cary, 7 AD3d 24 [2004]; Matter of Gaesser, 6 AD3d 1246 [2004]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of THOMAS J. CASEY, for Reinstatement to the Practice of Law. [807 NYS2d 320]—Order entered reinstating petitioner to the practice of law. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Smith, JJ.